# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENNETH LEWIS,
ADC #87974                                                                                              PLAINTIFF

V.                             5:11CV00256 SWW/JTR

CLINTON HALL, Chief of Security; and
ALICE HEARD, Correctional Officer,
Diagnostic Unit, Arkansas Department of Correction                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Defendants' Motion to Dismiss (docket entry #12) is GRANTED, and this case is DISMISSED, WITH PREJUDICE.

2. Dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g), as being frivolous.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in*

*forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 14th day of February, 2012.

<u>/s/Susan Webber Wright</u><br>
UNITED STATES DISTRICT JUDGE